**Opinion filed November 16, 2012**



# In The

# Eleventh Court of Appeals

_____

## No. 11-12-00304-CV

_____

## WT APPRAISAL, INC., Appellant

## V.

## BRAD MADRY AND WIFE TABITHA MADRY, Appellees

### On Appeal from the 118th District Court
### Howard County, Texas
### Trial Court Cause No. 48204

### M E M O R A N D U M   O P I N I O N

WT Appraisal, Inc. is the appellant in this appeal. It has filed an unopposed motion to dismiss the appeal pursuant to TEX. R. APP. P. 42.1(a)(1). In the motion, appellant states that it "no longer wishes to prosecute this particular appeal at this time." Therefore, in accordance with appellant's request, we dismiss the appeal.

The motion to dismiss is granted, and the appeal is dismissed.

PER CURIAM

November 16, 2012

Panel consists of: Wright, C.J.,
McCall, J., and Hill.[1]

---

[1] John G. Hill, Former Chief Justice, Court of Appeals, 2nd District of Texas at Fort Worth, sitting by assignment.